Filed in U.S. Bankruptcy Court
Atlanta, Georgia

APR 1 2 2021

By: _____
M. Regina Thomas, Clerk
Deputy Clerk

United States Bankruptcy Court
Northern District of Georgia
Atlanta Division

In re: **Lenora Hartsfield**
Debtor(s)

Case No. **21-52551-sms**
Chapter **7**

## Motion to Extend Time to File Schedules and Additional Documents

I, **Lenora Hartsfield,** am requesting that The Judge Extend the time for me to file the following:

1. Statement of Financial Affairs.
2. Schedules.
3. Declaration About Debtors Schedules.
4. Summary of Assets and Liabilities.
5. Statement of Income and Means Test Calculation Form.
6. Pay Advice.
7. Original Petition.

I am requesting the additional time because my job as a nurse has demanded that I be at work. Also, my accountant has not completed my taxes due to covid and his case log. So, I need an additional 14 days to submit all of the above. All of the documentation will be filed before my Meeting of Creditors.

_____
Lenora Hartsfield

04-12-2021

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing document was sent via electronic service or first-class mail, postage prepaid, this 12th day of April 2021 to:

Chapter 13 Trustee
S. Gregory Hays
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305

All Creditors

Respectfully Submitted

Lenora Hartsfield

04-12-2021