UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | | |
|---|---|---|---|
| CASE NUMBER: | 21-52551- SMS | TRUSTEE: | S. GREGORY HAYS |
| CASE NAME: | LENORA HARTSFIELD | 341 DATE: <br> RESET DATE: | 05/04/2021 <br> 06/15/2021 <br> 07/15/2021 |
| JUDGE: | SAGE M. SIGLER | TIME: <br> RESET TIME: | 09:10 AM <br> 08:50 AM <br> 02:20 PM |

## APPEARANCES

| | PRESENT | ABSENT |
|---|---|---|
| DEBTOR 1: Lenora Hartsfield | ☐ | ☒ |
| DEBTOR 2: | ☐ | ☐ |
| DEBTOR'S ATTORNEY: Pro Se | ☐ | ☐ |

## RESULTS OF MEETING

**Failure of debtor to appear to the first, second and third 341 Meeting of Creditors.**

## REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR FOR SECOND 341 MEETING

The undersigned certifies under penalty of perjury that the Debtor has failed twice to appear at the Section 341 Meeting and recommends that a dismissal order be entered against:

|  | Debtor | Spouse |
|---|---|---|
| Check appropriate box(es): | ☒ | ☐ |

DATED: July 27, 2021              /s/ S. Gregory Hays
_____
S. GREGORY HAYS, CHAPTER 7 TRUSTEE