UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )
LENORA NICOLE HARTSFIELD,                 )          CASE NO. 21-52551
    DEBTORS.                              )          CHAPTER 7

**MOTION TO REOPEN CHAPTER 7 CASE AND REAPPOINT CHAPTER 7 TRUSTEE**

    COMES NOW Lenora Nicole Hartsfield, Debtor, through undersigned counsel, and moves this Court to reopen this Chapter 7 case.  In support thereof, Debtor shows the Court as follows:

1.

    This case was commenced upon Debtor's filing a Voluntary Petition in Bankruptcy for relief under Title 11,  Chapter 7 of the United States Code, on March 29, 2021.

2.

    This case was closed without discharge on July 28, 2021.

3.

    Debtor failed to attend a 341 Meeting of Creditors while the case was pending.

4.

    Debtor now moves this Court to reopen this case to allow Debtor to amend her schedules to include two lawsuits, to reappoint the Chapter 7 Trustee, attend the 341 Meeting of Creditors, and for the Chapter 7 Trustee to administer the assets in the Debtor's case.

5.

    Debtor has paid the $260.00 fee to reopen the case.

WHEREFORE, Debtors respectfully requests this Court:

1. Reopen the Debtor's case;

2. Reappoint the Chapter 7 Trustee;

3. Allow Debtor to amend her schedules to include the personal injury lawsuit;

4. Reschedule a 341 Meeting of Creditors;

5. Allow the Chapter 7 Trustee to administer the case; and

6. For any other relief this Court sees just and proper.


This Friday, August 12, 2016.

_/s/_____
Charles Clapp
Attorney for Debtor
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
(404)585-0040 (Office)
(404)393-8893 (Fax)
charles@lawcmc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, May 10, 2022, a copy of this Motion to Reopen was served by regular United States mail to all interested parties listed below.

Lenora Nicole Hartsfield
2445 Rex Road J/1
Ellenwood, GA 30294

United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305