**IT IS ORDERED as set forth below:**

**Date: May 13, 2022**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| LENORA NICOLE HARTSFIELD, | ) | CASE NO. 21-52551 |
| DEBTORS. | ) | CHAPTER 7 |

**ORDER REOPENING CASE**

**This matter** arose upon Movant's "Motion to Reopen" ("Motion") filed in the above-styled Chapter 7 case on May 10, 2022. No hearing being necessary, it is hereby

**ORDERED** that the Motion is GRANTED.

**END OF DOCUMENT**

Prepared by

_____/s/
Charles M. Clapp, 101089
Attorney for Movant
5 Concourse Parkway NE
30th Floor
Atlanta, Georgia 30328
(404) 585-0040 (Office)
(404) 393-8893
charles@lawcmc.com

## DISTRIBUTION LIST

Lenora Nicole Hartsfield
2445 Rex Road J/1
Ellenwood, GA 30294

United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305