UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                      )
LENORA NICOLE HARTSFIELD,                    )            CASE NO. 21-52551
    DEBTORS.                              )            CHAPTER 7

## MOTION TO VACATE DISMISSAL

COMES NOW Debtor, Lenora Nicole Hartsfield, by and through undersigned counsel, and files this motion to vacate dismissal, and represents the following:

1.

Debtor commenced this case on March 29, 2021 by filing a voluntary petition for relief under Chapter 3 of Title 11 of the United States Bankruptcy Code.

2.

Debtor's case was dismissed on July 28, 2021.

3.

Debtor now moves this Court to vacate her dismissal to allow Debtor to amend her schedules to include two lawsuits, to reappoint the Chapter 7 Trustee, attend the 341 Meeting of Creditors, and for the Chapter 7 Trustee to administer the assets in the Debtor's case.

Wherefore, Movant prays:

a.  For this motion to be read and considered; and

b.  For this Court to enter an order vacating the dismissal and reinstating Debtors' case; and

c.  For any further relief this Court sees necessary and just.

This Tuesday, May 17, 2022.


_____ /s/
Charles M. Clapp
Georgia Bar No. 101089
Attorney for Debtor
5 Concourse Parkway NE
30th Floor
Atlanta, GA 30328
404-585-0040
404-393-8893 (fax)
charles@lawcmc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing Motion to Vacate electronically to the Trustee or by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed to all parties in the attached creditor matrix.

This Tuesday, May 17, 2022.


_____ /s/
Charles M. Clapp, 101089
Attorney for Debtor
5 Concourse Parkway NE, Suite 3000
Atlanta, GA 30328

Lenora Nicole Hartsfield
2445 Rex Road J/1
Ellenwood, GA 30294

United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305