**IT IS ORDERED as set forth below:**

**Date: May 18, 2022**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| LENORA NICOLE HARTSFIELD, | ) | CASE NO. 21-52551 |
|     DEBTORS. | ) | CHAPTER 7 |

**ORDER VACATING DISMISSAL AND REINSTATING CASE**

On May 10, 2022, Debtor filed a Motion to Vacate Dismissal (Doc. No. 41) the Order of Dismissal entered on July 28, 2021 (Doc. No. 33). No hearing being necessary, it is hereby

**ORDERED** that Debtor's Motion to Vacate the Order of Dismissal is **GRANTED** and the Order of Dismissal entered on July 28, 2021 is **VACATED**. The Clerk, U.S. Bankruptcy Court is directed to reinstate the case. It is further

**ORDERED** that the U.S. Trustee's Office shall reappoint a Chapter 7 Trustee.

**END OF ORDER**

Prepared By:

_____/s/
Charles M. Clapp, Attorney for Debtor
GA Bar # 101089
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
404.585.0040
404.393.8893 (fax)
charles@lawcmc.com

## DISTRIBUTION LIST

Lenora Nicole Hartsfield
2445 Rex Road J/1
Ellenwood, GA 30294

United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305