UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LENORA NICOLE HARTSFIELD, | : | CASE NO. 21-52551-SMS |
| | : | |
| DEBTOR. | : | |

### NOTICE OF REAPPOINTMENT OF TRUSTEE

The United States Trustee for Region 21 gives notice that, pursuant to the Court's order entered May 18, 2022 (Doc. No. 42), **S. Gregory Hays** is reappointed as trustee in this case. The trustee shall serve under the blanket bond heretofore approved.

Notice given by:

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
GA Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
jeneane.treace@usdoj.gov