UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LENORA NICOLE HARTSFIELD, | : | CASE NO. 21-52551-SMS |
| | : | |
| Debtor. | : | |

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

I, S. Gregory Hays, the Chapter 7 Trustee in the above-referenced case, hereby withdraw the Chapter 7 Trustee's Report of No Distribution filed electronically on August 5, 2021.

This 25th day of May, 2022.

                                                        /s/ S. Gregory Hays
                                                        S. Gregory Hays
                                                        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060